```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - -x
In re:                              :
KELLEY D. PAON                      :    BK No. 07-11631
          Debtor                              Chapter 13
- - - - - - - - - - - - - - - - - -x
```

## ORDER

A continued hearing was held on September 5, 2007, on the Motion of Ameriquest Mortgage Company seeking relief from stay, in rem, with regard to the Debtor's home located at 112 West Wrentham Road, Cumberland, Rhode Island.  At the conclusion of the hearing the Court granted the Debtor a continuance conditionally upon the Debtor turning over $14,000 of uncashed checks from the Rhode Island Lottery to the Chapter 13 Trustee by the end of the day today.  The Trustee has indicated that he received a phone message from the Debtor's husband indicating they would not be turning over the lottery winnings as ordered by the Court.  Upon consideration of the travel in this matter and the significant serial filings of both the Debtor and her husband, and the fact that the Debtor has not met the condition imposed by the Court, the Motion for relief from stay is GRANTED and the Court will enter the proposed order attached to Ameriquest's Motion for Relief From Stay.  The Debtor's request for additional time to complete her schedules is DENIED and pursuant to the Notice of Missing Documents issued on August 23, 2007, the case is DISMISSED.

Enter judgment consistent with this Order.

Dated at Providence, Rhode Island, this 5th day of September, 2007.

*/s/ Arthur N. Votolato*

Arthur N. Votolato
U.S. Bankruptcy Judge

Entered on docket: 9/5/2007